UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-23825-RKA

HOWARD COHAN,

    Plaintiff,

vs.

APPLE SEVEN SERVICES MIAMI, INC.
a Foreign Profit Corporation
d/b/a HOMEWOOD SUITES MIAMI AIRPORT BLUE LAGOON

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, APPLE SEVEN SERVICES MIAMI, INC., a Foreign Profit Corporation, d/b/a HOMEWOOD SUITES MIAMI AIRPORT BLUE LAGOON, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED November 20, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Elizabeth M. Rodriguez** |
| Gregory S. Sconzo, Esq. | Elizabeth M. Rodriguez, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 821690 |
| Sconzo Law Office, P.A. | FordHarrison |
| 3825 PGA Boulevard, Suite 207 | 1 SE Third Avenue, Suite 2130 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 808-2143 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 808-2101 |
| Email: greg@sconzolawoffice.com | Attorney for Defendant |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**