UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 23-cv-23825-RKA

HOWARD COHAN,

        Plaintiff,

  v.

APPLE SEVEN SERVICES MIAMI, INC.
d/b/a HOMEWOOD SUITES MIAMI AIRPORT
BLUE LAGOON,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN and Defendant, APPLE SEVEN SERVICES MIAMI, INC.,

by and through their respective undersigned counsel, hereby stipulate that this case be dismissed

with prejudice, with each party to bear their own fees, costs, and disbursements.

Respectfully submitted this 6th day of December, 2023.

/s/ Gregory S. Sconzo
Gregory S. Sconzo, Esq.
Florida Bar No. 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone:  561-729-0940
Facsimile:  561-491-9459
Email:  greg@sconzolawoffice.com
Attorneys for Plaintiff

/s/ Elizabeth M. Rodriguez
Elizabeth M. Rodriguez
Florida Bar No. 821690
erodriguez@fordharrison.com
Ford & Harrison, LLP
One S.E. 3rd Avenue, Suite 2130
Miami, FL  33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on 6th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on the following Service List.

/s/ *Elizabeth M. Rodriguez*
Counsel for Defendant

**SERVICE LIST**

Gregory S. Sconzo, Esq.
Samantha L. Simpson, Esq.
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone:  561-729-0940
Facsimile:  561-491-9459
Email:  greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Attorneys for Plaintiff

WSACTIVELLP:112897051.1

WSACTIVELLP:112897051.1 - 12/6/2023 11:34:17 AM